**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Michelle Tenzer- Fuchs, on behalf of herself and all others similarly situated, | Docket No: 2:20-cv-3149 |
| Plaintiffs, | |
| -against- | **NOTICE OF SETTLEMENT** |
| JWH Holdings, LLC | |
| Defendant. | |

Now comes the Plaintiff Michelle Tenzer-Fuchs, by and through counsel, to provide notice to the Court that the present cause has been settled in principle between the parties, and state:

1. A Settlement Agreement ("Agreement") is in the process of being finalized. Once the Agreement is fully executed, and Plaintiff has received the consideration required pursuant to the Agreement, the parties will submit a Stipulation of Dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and will therein request that the case be dismissed and closed.

2. The parties respectfully request that the Court stay this case and adjourns all deadlines and conferences.

3. We respectfully request the Court provide that the parties may seek to reopen the matter for sixty (60) days to assure that the Agreement is executed, and that the settlement payment has been cleared.

                                        Respectfully submitted,

                                        By: /s/*Jonathan Shalom*
                                        Jonathan Shalom, Esq.
                                        Jonathan@ShalomlawNY.com
                                        105-13 Metropolitan Avenue
                                        Forest Hills, NY 11375
                                        Tel: (718) 971-9474
                                        **ATTORNEYS FOR PLAINTIFF**

Dated:    Forest Hills, New York
             September 11, 2020